IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SRC Liquidation, LLC,[1]<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-10541 (BLS) |
| SRC Liquidation, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>The Travelers Companies, Inc.,<br><br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 16-50737 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety without prejudice. An answer has not been filed.

Dated: January 18, 2018　　　　　　　　**BAYARD, P.A.**

　　　　　　　　　　　　　　　　　　　　*/s/ Justin R. Alberto*
　　　　　　　　　　　　　　　　　　　　Justin R. Alberto (No. 5126)
　　　　　　　　　　　　　　　　　　　　Gregory J. Flasser (No. 6154)
　　　　　　　　　　　　　　　　　　　　600 North King Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 655-5000
　　　　　　　　　　　　　　　　　　　　Email: jalberto@bayardlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　gflasser@bayardlaw.com

　　　　　　　　　　　　　　　　　　　　　　-and-

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.

2

**ASK LLP**
Joseph L. Steinfeld, Jr.
Gary D. Underdahl
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com
           gunderdahl@askllp.com

*Counsel to SRC Liquidation, LLC*